# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No.    18-cr-360 WJM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  ERIC COLEMAN,

     Defendant.

---

## INDICTMENT
18 U.S.C. § 922(g)(1)

---

The Grand Jury charges:

<u>Count One</u>
(18 U.S.C. § 922(g)(1))

On or about May 1, 2018, in the State and District of Colorado, the Defendant, ERIC COLEMAN, having been previously convicted of crimes punishable by imprisonment by a term exceeding one year, did knowingly possess firearms in and affecting interstate commerce.

The foregoing is in violation of Title 18, United States Code, Section 922(g)(1).

1

**<u>Forfeiture Allegation</u>**

1.      The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2.      Upon conviction of the violations alleged in Count One of this Indictment involving violations of 18 U.S.C. § 922(g)(1), defendant, ERIC COLEMAN, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the following:

    a.  Charter Arms, model Undercover, .38 caliber revolver, serial number 45980,

    b.  CZ (Ceska Zbrojovka), model P07, .40 caliber pistol, serial number B145989,

    c.  Hi-Point, model 995, 9mm rifle, serial number E60047, and

    d.  any and all ammunition associated with the firearms referenced above

3.      If any of the property described in paragraph 2 above, as a result of any act or omission of the defendant:

   a) cannot be located upon the exercise of due diligence;
   b) has been transferred or sold to, or deposited with, a third party;
   c) has been placed beyond the jurisdiction of the Court;
   d) has been substantially diminished in value; or
   e) has been commingled with other property which
     cannot be subdivided without difficulty;

2

it is the intent of the United States, pursuant to Title 21, United States Code, Section

853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture

of any other property of said defendant up to the value of the forfeitable property.

A TRUE BILL

<u>Ink signature on file in Clerk's Office</u>
FOREPERSON

ROBERT C. TROYER
United States Attorney

*s/ Kurt J. Bohn*
KURT J. BOHN
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado   80202
Telephone:   (303) 454-0100
Telecopier:   (303) 454-0405
E-mail:   kurt.bohn@usdoj.gov

3