DEFENDANT:     ERIC COLEMAN

YEAR OF BIRTH:     1977

ADDRESS:     Colorado Springs, Colorado

COMPLAINT FILED?     ___ YES     _X_ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?     ___ YES   _X_ NO

OFFENSE:     Count One:   Felon in possession of a firearm, 18 U.S.C. § 922(g)(1).

LOCATION OF OFFENSE:   El Paso County, Colorado

PENALTY:     Count One:   NMT 10 years imprisonment, $250,000.00 fine, or both; NMT 3 years supervised release, $100.00 special assessment.

    Forfeiture Allegation

AGENT:     Vincent Sapp
Task Force Officer, ATF

AUTHORIZED BY:     Kurt J. Bohn
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

_X_     five days or less

THE GOVERNMENT:

_X_     will seek detention in this case pursuant to 18 U.S.C. § 3142(f)(1).

OCDETF CASE:     ___ Yes     _X_ No